924

No. 861.   UNITED STATES v. MIAMI TRIBE OF OKLA-
HOMA ET AL.;

No. 862.   UNITED STATES v. CROW TRIBE OF INDIANS;
and

No. 863.   UNITED STATES v. ABSENTEE SHAWNEE
TRIBE OF OKLAHOMA ET AL.   Court of Claims.   Certio-
rari denied.   *Solicitor General Cox* and *Roger P. Marquis*
for the United States.   *Edwin A. Rothschild, Edward P.
Morse* and *Walter H. Maloney* for respondents in No. 861.
*John W. Cragun* and *John M. Schiltz* for respondent in
No. 862.   *Jack Joseph* and *Louis L. Rochmes* for respond-
ents in No. 863.

No. 866.   DYER ET AL. v. PUBLIC SERVICE COMMISSION
OF MISSOURI ET AL.   The motion to dispense with the
printing of the appendix to the petition is granted.   Peti-
tion for writ of certiorari to the Supreme Court of Mis-
souri denied.   *J. Raymond Dyer* for petitioners.   *Robert
J. Keefe* for Union Electric Co., respondent.

No. 871.   CHERETON v. UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.   *Louis M. Hopping* for peti-
tioner.   *Solicitor General Cox, Assistant Attorney Gen-
eral Miller, Beatrice Rosenberg* and *Robert G. Maysack*
for the United States.

No. 923.   WIENER, EXECUTRIX, ET AL. v. UNITED AIR
LINES, INC.   C. A. 9th Cir.   Certiorari denied.   *Frank
B. Belcher, Ben Margolis, William A. Norris, Algerdas
Cheleden, Francis J. Garvey, Harold R. Spence, Augustus
F. Mack, Samuel A. Miller, Bertrand Rhine, George H.
Pratt* and *Richard McLeod* for petitioners.   *Ransom W.
Chase* for respondent.